## John A. Parker *et al.* versus Levi Standish.

In *case* for the continuance of an obstruction in a private way, a verdict and judgment
on the general issue in a former action between the parties for the same obstruc-
tion, is admissible, though not conclusive, evidence to show that the plaintiff has a
right to the way.

This was an action of trespass on the case for the continu-
ance of an obstruction in and over a way. The defendant
pleaded the general issue and two special pleas. At the trial,
which was before *Wilde* J., the plaintiffs, to maintain the issues
on their part, offered in evidence the verdict and judgment
thereon recovered by them in a former action against the de-
fendant and one Smith since deceased, for the erection of the
obstruction, for the purpose of showing that they had a right to
the way ; but as trial was had in the former action on the
general issue, and the right of way was not put directly in issue
by the pleadings, the judge was of opinion that the verdict and
judgment were not admissible as evidence, and they were ac-
cordingly rejected.

*Nov.* 16th.     *W. Baylies* and *T. G. Coffin*, for the plaintiffs, contended
that the verdict and judgment in the former action were ad-
missible evidence, though not conclusive. The plaintiffs could
not have recovered in that action without proving a right of
way in them ; the judgment was therefore sufficient to throw
the burden on the other side to show that this right had been
devested or the obstruction removed. Phillipps on Evid.
(2nd ed.) 226 ; *Kinnersley* v. *Orpe*, 2 Doug. 517 ; *Strutt* v.
*Bovingdon*, 5 Esp. R. 58 ; *Miles* v. *Rose*, 5 Taunt. 705.

*L. Williams* and *Russell*, contrà, cited *Standish* v. *Parker
et al.* 2 Pick. 20.

*Nov.* 18th.     *Per Curiam.* For the reason assigned by the plaintiffs'
counsel, we think the record in the former action was admissi
ble evidence, though not conclusive.[1]

*New trial granted.*

---

[1] *Standish* v. *Parker*, 2 Pick. (2nd ed.) 22, n. (1) ; 2 Stark. Evid. (5th Am
ed.) 705, 706; *Blakemore* v. *Glamorganshire Canal Co.* 2 Crompt., Mees
& Roscoe, 133.